UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WESLEY JEFFERSON,
ADC #104933                                                                                              PLAINTIFF

v.                              5:19CV00204-JM-JJV

KEITH WADDLE, Disciplinary Hearing Officer,
Central Administration Office, et al.                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 10th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE